

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2018

No. 04-18-00641-CV

**IN RE** R. Wayne **JOHNSON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice

In this mandamus proceeding, relator complains of the trial court's failure to rule on his pending motions. On August 27, 2018, the United States Attorney, on behalf of one of the defendants in the underlying case, filed a Notice of Removal, stating the case underlying this proceeding was removed to the United States District Court for the Southern District of Texas, Laredo Division.

"Once removal is effected, 'the State court shall proceed no further unless and until the case is remanded.'" *Meyerland Co. v. F.D.I.C.*, 848 S.W.2d 82, 83 (Tex. 1993) (quoting 28 U.S.C. § 1446(d)) (order). Accordingly, we ORDER this mandamus proceeding abated and removed from the court's active docket; it will be reinstated upon the filing of a certified copy of a remand order.

It is so **ORDERED** on September 19, 2018.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CVK001331D3, styled *R. Wayne Johnson v. Peter O'Rourke, et al.*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.